Wilma KMETT, Respondent,

v.

CENTRAL SPECIALTIES, INC., and Maryland Casualty, Relators.

No. C2–99–658.

Supreme Court of Minnesota.

July 7, 1999.

Mark A. Kleinschmidt, Cousineau, McGuire & Anderson, Chartered, Minneapolis, for employer/insurer.

Rebecca Anderson, Fuller, Wallner & Anderson, Ltd., Bemidji, for employee.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 25, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded attorney fees in the amount of $400.

BY THE COURT:
Alan C. Page
Associate Justice

ANDERSON, RUSSELL, A., J., took no part in the consideration or decision of this case.